IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:
                                            *
**Linda Clark**                             *     Case No.: 12-15471
    **Debtor**                               *     Chapter 13
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW AS COUNSEL

Nicholas J. Del Pizzo, III, attorney for Debtor(s), hereby requests this Court, pursuant to Local Rule 9010-4 of the United States Bankruptcy Court for the District of Maryland, for an order permitting Counsel to Withdraw as counsel for Linda Clark and for reason states as follows:

1. That Debtor filed a petition for relief under Chapter 13 of Title 11, United States Code on March 23, 2012.

2. That the Debtor has failed to respond to attorney's letter dated February 19, 2016.

3. That the undersigned will be unable to effectively and properly continue representing the debtor herein.

4. Counsel has given the Debtor(s) proper notice of his intention to withdraw from Representation, as is shown in the Certificate of Notification of Motion to Withdraw as Counsel that is attached hereto as Exhibit A.

5. That the last known address for the debtor is:

    Linda Clark
    2548 W. Lafayette Avenue
    Baltimore, MD 21216

WHEREFORE, Nicholas J. Del Pizzo, III, Esquire, prays that this Court enter an Order allowing him to withdraw from his representation of Linda Clark in this case and further relief as this Court may deem just.

Date:  March 1, 2016                    /s/Nicholas J. Del Pizzo, III
                                        Nicholas J. Del Pizzo, III
                                        Bar No. 24666
                                        7222 Holabird Avenue
                                        Baltimore, Maryland 21222
                                        410-288-5788
                                        email: njdelpizzo@aol.com